UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-MJ-02749-Torres

UNITED STATES OF AMERICA,

v.

JOSE FERMIN MATOS-PERALTA, and
FRANKLIN BONILLA-FROMETA,

        **Defendants,**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

                                      Respectfully submitted,

                                      MARKENZY LAPOINTE
                                      UNITED STATES ATTORNEY

                  By:   /s/ *Jessica J. Ayer*
                        JESSICA J. AYER
                        Special Assistant United States Attorney
                        Court ID No. A5502916
                        99 N.E. 4th Street
                        Miami, FL 33132
                        Tel. No. (305) 510-8179
                        Fax No. (305) 536-4676
                        E-mail: Jessica.Ayer@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JOSE FERMIN MATOS-PERALTA, and<br>FRANKLIN BONILLA-FROMETA,<br><br>*Defendant(s)* | Case No. 23-MJ-02749-Torres |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __April 13, 2023__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

The complaint is based on these facts:

### SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
ID#8274
*Complainant's signature*

Pedro Roman, Special Agent HSI
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone.

Date: __April 18, 2023__

_____
*Judge's signature*

City and state: Miami, Florida

Hon. Edwin G. Torres, United States Chief Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Pedro Roman, being duly sworn, hereby depose and state the following:

1. I am a Special Agent with U.S. Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and have been so employed since October 2010. I am presently assigned to the Office of the Special Agent in Charge in Miami, Florida, where I am responsible for conducting maritime narcotics smuggling investigations. As a special agent with HSI, I have participated in numerous narcotics investigations involving physical and electronic surveillance; the control and administration of confidential sources; international drug importations; and domestic drug organizations. I have participated in the arrest and subsequent prosecution of numerous drug traffickers. I have also spoken on numerous occasions with informants, suspects, and other narcotics investigators concerning the manner, means, methods, and practices that drug traffickers use to further the operation of their drug trafficking organizations and the most effective methods of investigating and dismantling drug trafficking organizations. As a law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 21, and 46 of the United States Code.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against Jose Fermin MATOS-PERALTA (MATOS-PERALTA) and Franklin BONILLA-FROMETA (BONILLA-FROMETA), for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about April 13, 2023, a Maritime Patrol Aircraft ("MPA") detected a go-fast vessel (GFV) approximately 126 nautical miles south of Isla Beata, Dominican Republic, in international waters. The GFV had two individuals on board, a large amount of fuel drums, and had a tarp on the deck. The His Netherland Majesty's Ship (HNLMS) HOLLAND, with embarked United States Coast Guard (USCG) Law Enforcement Detachment Team (LEDET), which was in the area, was diverted to interdict and investigate. The USCG assumed tactical control of HNLMS HOLLAND and granted a Statement of No Objection for the USCG LEDET to conduct a Right of Visit boarding. The HNLMS HOLLAND launched a smaller boat with a USCG boarding team and a helicopter to approach the GFV.

4. The USCG boarding team arrived alongside the GFV, and saw two individuals and packages on board the GFV. The USCG boarding team identified the two individuals as MATOS-PERALTA and BONILLA-FROMETA, both nationals of the Dominican Republic. Neither individual made a claim of nationality for the vessel. Consequently, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States.

5. The USCG boarding team recovered and seized a total of nineteen (19) bales. The contents of the bales were field tested and tested positive for the presence of cocaine with an approximate weight of 718 kilograms of cocaine. All individuals, along with the suspected cocaine, were transferred to the HNLMS HOLLAND.

SPACE INTENTIONALLY BLANK

6. Based on the foregoing facts, I submit that probable cause exists to believe that MATOS-PERALTA and BONILLA-FROMETA, did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
PEDRO ROMAN
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone this __18th__ day of April, 2023.

_____
HONORABLE EDWIN G. TORRES
UNITED STATES CHIEF MAGISTRATE JUDGE